‡AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of  CALIFORNIA _____

United States of America,

Plaintiff

V.

F. Anthony Edwards, et al.

Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER:



CV 07    6447

MEJ

TO: (Name and address of Defendant)

F. Anthony Edwards
715 Castle Rock Drive
Walnut Creek, California 94598
(Also see attached list)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SCOTT N. SCHOOLS
United States Attorney
THOMAS MOORE
Chief, Tax Division

CYNTHIA STIER, AUSA
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

MARY ANN BUCKLEY

DATE    DEC 2 1 2007

Attached Service List

Sharon de Edwards
715 Castle Rock Drive
Walnut Creek, California 94598

Sharon de Edwards, M.D.
FACOG, a sole proprietorship
715 Castle Rock Drive
Walnut Creek, California 94598