1  SCOTT N. SCHOOLS  (SCBN 9990)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
     9th Floor Federal Building
5     450 Golden Gate Avenue, Box 36055
     San Francisco, California  94102
6    Telephone:  (415) 436-7000
     Fax:         (415) 436-6748
7
8  Attorneys for United States of America

9            UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,            )
                                         )    Case No.
13          Plaintiff,                   )    CV 07      6447
                                         )
14      v.                               )
                                         )
15                                       )
   F. ANTHONY EDWARDS a/k/a              )    COMPLAINT
16  FERNANDO EDWARDS, and SHARON         )                    MEJ
   DE EDWARDS, individually and          )
17  SHARON DE EDWARDS, M.D.              )
   FACOG, a sole proprietorship,         )
18                                       )
           Defendants.                   )
19  _____

20      Now comes the United States of America, by and through its undersigned counsel, and

21  complains and alleges as follows:

22                      COUNT I

23              JURISDICTION AND VENUE

24      1.   This is a civil action brought by the United States to reduce to judgment outstanding

25  federal tax assessments against Defendants, F. Anthony Edwards, Sharon de Edwards,

26  individually and Sharon de Edwards, M.D. FACOG, a sole proprietorship.

27      2.   This action is commenced pursuant to 26 U.S.C. §§ 7401 and 7403(a), at the direction of

28  the Attorney General of the United States, with the authorization and sanction, and at the request

1  of the Area Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury.

2      3.  Jurisdiction over this action is conferred upon this Court by Title 28, United States Code,

3  Sections 1340 and 1345, and under I.R.C. Sections 7402(a) and 7403.

4      4.  Venue is proper because the Defendant taxpayers reside in the Northern District of

5  California.  28 U.S.C. §§ 1391 and 1396.

6  ## COUNT II

7  ## IDENTIFICATION OF DEFENDANTS

8      5.  Defendant F. Anthony Edwards currently resides at 715 Castle Rock Drive, Walnut

9  Creek, California 94598, which is within the jurisdiction of this Court.

10      6.  Defendant Sharon de Edwards currently resides at 715 Castle Rock Drive, Walnut Creek,

11  California 94598, which is within the jurisdiction of this Court.

12  ### SOLE PROPRIETORSHIP

13  ### Federal Employment Taxes

14      7.  A delegate of the Secretary of the Treasury made assessments against

15  Sharon de Edwards, Sharon de Edwards, MD FACOG, for unpaid federal employment taxes

16  (Form 941), penalties and interest thereon for the periods, on the dates, and in the amounts set

17  forth below:

| Tax Period Ended | Date of Assessment | Amount of Assessment | Unpaid Balance of Assessments* |
|---|---|---|---|
| 09/30/93 | 06/06/94 | $2,647.34 | $11,057.14 |
| 12/31/93 | 06/06/94 | $2,647.34 | $7,827.39 |
| 03/31/94 | 07/04/94 | $2,409.15 | $3,163.48 |
| 06/30/94 | 10/17/94 | $2,659.08 | $8,858.77 |
| 09/30/94 | 12/26/94 | $3,419.89 | $11,531.13 |
| 12/31/94 | 07/31/95 | $3,775.70 | $12,720.80 |
| 03/31/95 | 07/03/95 | $2,896.67 | $141.60 |

* Unpaid balance as of September 30, 2007, includes credits, payments, recording fees, and abatements, but does not include accrued unassessed statutory additions.

**Federal Unemployment Taxes**

8.   A delegate of the Secretary of the Treasury made assessments against the Defendant Sharon de Edwards, Sharon de Edwards, MD FACOG, for unpaid federal employment taxes (Form 940), penalties and interest for the periods, on the dates, and in the amounts as set forth below:

| Tax Period Ended | Date of Assessment | Amount of Assessment | Unpaid Balance of Assessments* |
|---|---|---|---|
| 12/31/93 | 11/07/94 | $2,657.64 | $3,995.15 |
| 12/31/94 | 10/30/95 | $1,483.51 | $4,998.14 |

* Unpaid balance as of September 30, 2007, includes credits, payments, recording fees, and abatements, but does not include accrued unassessed statutory additions.

**Civil Penalty**

9.   A delegate of the Secretary of the Treasury made assessments against Defendant, Sharon de Edwards, Sharon de Edwards, MD FACOG, for Civil Penalty pursuant to 26 U.S.C. §6721 (Failure to File Correct Information Tax Returns) and interest for the period, on the date, and in the amount as set forth below:

| Tax Period Ended | Date of Assessment | Amount of Assessment | Unpaid Balance of Assessments* |
|---|---|---|---|
| 1992 | 07/17/95 | 3,695.29 | $8,900.51 |

* Unpaid balance as of September 30, 2007, includes credits, payments, recording fees, and abatements, but does not include accrued unassessed statutory additions.

**Federal Income Taxes**

10. A delegate of the Secretary of the Treasury made assessments against F. Anthony Edwards and Sharon de Edwards, for unpaid federal income taxes (Form 1040), penalties and interest thereon for the periods, on the dates, and in the amounts set forth below:

| Tax Period Ended | Date of Assessment | Amount of Assessment | Unpaid Balance of Assessments* |
|---|---|---|---|
| 1992 | 11/29/93 | $10,071.00 | $3,253.75 |
| 1993 | 06/27/94 | $25,691.00 | $31,480.27 |
| 1994 | 09/23/96 | $27,006.51 | $47,002.15 |

| | | | |
|---|---|---|---|
| 1995 | 12/02/96 | $22,429.00 | $60,510.37 |
| 1997 | 03/29/99 | $6,995.20 | $ 6,179.48 |
| 1998 | 02/07/00 | $10,611.00 | $24,672.74 |
| Tax Period Ended | Date of Assessment | Amount of Assessment | Unpaid Balance of Assessments* |
| 2000 | 02/20/06 | $8,899.00 | $18,713.15 |
| 2001 | 12/13/04 | $50,205.92 | $100,058.79 |
| 2002 | 12/13/04 | $21,206.00 | $40,979.90 |
| 2003 | 12/13/04 | $33,852.00 | $53,805.10 |

* Unpaid balance as of September 30, 2007, includes credits, payments, recording fees, and abatements, but does not include accrued unassessed statutory additions.

11. Notice and demand for payment of the assessments described in Paragraph 7 above, has been made on Defendant, Sharon de Edwards, Sharon de Edwards, MD FACOG.

12. Notice and demand for payment of the assessments described in Paragraph 8 above, has been made on Defendant, Sharon de Edwards, Sharon de Edwards, MD FACOG.

13. Notice and demand for payment of the assessment described in Paragraph 9 above, has been made on Defendant, Sharon de Edwards, Sharon de Edwards, MD FACOG.

14. Notice and demand for payment of the assessments described in Paragraph 10, above, has been made on Defendants F. Anthony Edwards and Sharon de Edwards.

15. Despite notice and demand for payment of the assessments described in Paragraphs 7, 8, and 9 above, Defendant, Sharon de Edwards, Sharon de Edwards, MD FACOG, has neglected, filed or refused to pay the balance of the assessments and there remains due and owing the amount of $73,194.11 as of September 30, 2007, plus accrued interest and penalties from the date of assessments and other statutory additions as provided by law.

16. Despite notice and demand for payment of the assessments described in Paragraph 10, above, Defendants F. Anthony Edwards and Sharon de Edwards have neglected, filed or refused to pay the balance of the assessments and there remains due and owing the amount of $386,655.70 as of September 30, 2007, plus accrued interest and penalties from the date of assessments and other statutory additions as provided by law.

**CONCLUSION**

For the reasons set forth above, the United States opposes the Motion to Release the

Settlement Funds. Pursuant to Section 3142, the retention of this fund is the least restrictive

further condition that assures the presence of the Defendant at future judicial proceedings.


DATED: December 21, 2007

CYNTHIA STIER
Assistant United States Attorney
Tax Division

*US v. Diana Hojsak*, Opp. To
Motion for Release of Funds,
No. CR 07- 0325 - PJH

5