JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7000
    Facsimile:  (415) 436-6758
    Email: cynthia.stier@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-07-06447-MEJ |
| Plaintiff, | **DECLINATION TO PROCEED** |
| v. | **BEFORE A MAGISTRATE JUDGE AND** |
| F. ANTHONY EDWARDS a/k/a FERNANDO EDWARDS, and SHARON DE EDWARDS, individually and SHARON DE EDWARDS, M.D. FACOG, a sole proprietorship, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

Dated:  January 9, 2008          /s/ Cynthia Stier
                                          CYNTHIA STIER
                                          Assistant United States Attorney
                                          Tax Division