```
F. Anthony Edwards SBN 181606
LAW OFFICES OF F. ANTHONY
           EDWARDS
1850 Mt. Diablo Boulevard, Suite 650
       Walnut Creek, CA 94596
       Telephone: 925-947-1600
       Facsimile:  925-947-1990
```

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>F. ANTHONY EDWARDS a/k/a FERNANDO EDWARDS and SHARON DE EDWARDS, individually and SHARON DE EDWARDS, M.D., FACOG, a sole proprietorship.<br><br>　　　　　Defendants.<br>_____<br>F. ANTHONY EDWARDS a/k/a FERNANDO EDWARDS and SHARON DE EDWARDS, individually and SHARON DE EDWARDS, M.D., FACOG, a sole proprietorship,<br><br>　　　　　Cross-Complainants,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Cross-Defendant. | Case No.: C07-6447-MEJ<br><br>NOTICE OF RELATED CLAIM<br>[This action is related to C07-3102-MEJ] |

　　COMES NOW Plaintiffs and states to the Court that the above-captioned claim is related to the claim entitled: <u>Sharon de Edwards, M.D., FACOG, Inc., et. al. v. Internal</u>

Notice of Related Claim

1 | <u>Revenue Service, et. al., Case No. C07-3102-MEJ</u>

3 | Dated: February 14, 2008          **LAW OFFICES OF F. ANTHONY EDWARDS**

5 | By:_____/S/_____
        F. Anthony Edwards
6 |         Attorney for Defendants and Cross-Complainants

28 | Notice of Related Claim             2