F. Anthony Edwards SBN 181606
LAW OFFICES OF F. ANTHONY EDWARDS
1850 Mt. Diablo Boulevard, Suite 650
Walnut Creek, CA 94596
Telephone: 925-947-1600
Facsimile: 925-947-1990

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>F. ANTHONY EDWARDS a/k/a FERNANDO EDWARDS and SHARON DE EDWARDS, individually and SHARON DE EDWARDS, M.D., FACOG, a sole proprietorship.<br><br>　　　　　　Defendants.<br>_____<br>F. ANTHONY EDWARDS a/k/a FERNANDO EDWARDS and SHARON DE EDWARDS, individually and SHARON DE EDWARDS, M.D., FACOG, a sole proprietorship,<br><br>　　　　　　Cross-Complainants,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Cross-Defendant. | Case No.: C07-6447-MEJ<br><br>DEFENDANT AND CROSS-COMPLAINANTS' MOTION OBJECTING TO PLAINTIFF AND CROSS-DEFENDANT 'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE<br><br>Date:　March 20, 2008<br>Time:　10:00 a.m.<br>Place:　Courtroom B, 15th Floor<br><br>Hon.: Maria Elena-James |

## I. STATEMENT OF FACTS

　　COMES NOW Defendants and Cross-Complainants, by and through their counsel

Motion objecting to Declination

to object to plaintiff's Declination to Proceed Before a Magistrate Judge and Request for Reassignment to United States District Judge, and for cause states the following reasons:

1. Plaintiff filed the above-captioned case on December 21, 2007 with the clerk properly assigning the case to Magistrate Judge Maria-Elena James.

2. When Plaintiff filed the above-captioned case. It did not file the required Notice of Related Claim or Case. The above-captioned case is related to the case entitled: <u>Sharon de Edwards, M.D., FACOG, Inc., et. al. v. Internal Revenue Service, et. al., Case No. C07-3102-MEJ</u>. This case is assigned to Magistrate Judge Maria-Elena James. On November 11, 2007 the Magistrate Judge issued an Order scheduling a Settlement Conference for March 4, 2008. Plaintiff and cross-defendant did not file written objection to the Magistrate Judge's Order within ten days after being served. *See, Declaration of FAE, ¶2, Exhibit 1.*

3. Defendants and Cross/Complainants filed the Notice of Related Claim on February 14, 2008 in conjunction with filing their answer and cross-complaint.

4. Plaintiff and cross-defendant's filed their Declination to proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge, on January 9, 2008. This Declination to Proceed Before a Magistrate Judge and Request for Reassignment to United States District Judge is a veiled attempt to remove the related case from the Magistrate Judge jurisdiction, and avoid the scheduled settlement conference.

## II. LEGAL ARGUMENT

When authorized under 28 U.S.C. § 636(c), a magistrate judge may, if all parties consent, conduct a civil action or proceeding, including a jury or nonjury trial. A record must be made in accordance with 28 U.S.C. § 636(c)(5).

Motion objecting to Declination                    2

If the Magistrate Judge issue an order, a party may file written objections to a magistrate judge's order within ten days after being served with a copy thereof. *Fed.R.Civ.P. 72(a)*. Parties filing objections must specifically identify those findings objected to. Frivolous, conclusive or general objections need not be considered by the district court.

Plaintiff and cross-defendant did not object to the Magistrate Judge's Order scheduling the settlement conference. Instead, Plaintiff and cross-defendant recently filed the above-captioned complaint, that is related in fact, substance and law to the previous complaint that has been scheduled for a settlement conference by the Magistrate Judge. The two complaints are related, placing the above-captioned complaint under the Magistrate Judge jurisdiction.

### III. CONCLUSION

For all the reason stated heretofore, Defendants and Cross-Complainants, request the Court to strike plaintiff and cross-defendant's Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge, since they did not object to the Magistrate judge's order.

Plaintiff and cross-defendant's conduct is egregious, especially in light of their fraudulent attempt to dismiss the related action by claiming that there has been insufficiency of service, i. e., that Defendants and Cross-Complainants had failed to served the summons and complaint of the related claim within 120 of filing as required by Rules, when in fact, 120 from the date of filing that complaint has yet to expire.

and complaint as

Dated: February 14, 2008          **LAW OFFICES OF F. ANTHONY EDWARDS**

By:_____/S/_____
F. Anthony Edwards
Attorney for Defendants and Cross-Complainants

Motion objecting to Declination                              3