F. Anthony Edwards SBN 181606
LAW OFFICES OF F. ANTHONY EDWARDS
1850 Mt. Diablo Boulevard, Suite 650
Walnut Creek, CA 94596
Telephone: 925-947-1600
Facsimile: 925-947-1990

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>F. ANTHONY EDWARDS a/k/a FERNANDO EDWARDS and SHARON DE EDWARDS, individually and SHARON DE EDWARDS, M.D., FACOG, a sole proprietorship.<br><br>    Defendants.<br><br>───────────────────────<br>F. ANTHONY EDWARDS a/k/a FERNANDO EDWARDS and SHARON DE EDWARDS, individually and SHARON DE EDWARDS, M.D., FACOG, a sole proprietorship,<br><br>    Cross-Complainants,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Cross-Defendant. | Case No.: C07-6447-MEJ<br><br>DECLARATION OF F. ANTHONY EDWARDS, ESQ., IN OPPOSITION TO PLAINTIFF AND CROSS-DEFENDANT'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE<br><br>Date:   March 20, 2008<br>Time:  10:00 a.m.<br>Place:  Courtroom B, 15th Floor<br><br>Hon.: Maria Elena-James |

I, F. Anthony Edwards, Esq., declare as follows:

1. I am a partner and practicing attorney in the Law Firm of SEIBEL, FINTA &

DECL FAE

1  EDWARDS, LLP, licensed to practice law in all jurisdictions in the state of California. I make
2  this declaration based on my own personal knowledge and if called as a witness to testify as the
3  facts herein, I would and could do so truthfully and competently.
4      2.    Attached hereto as Exhibit "1" is a true and correct copy of Magistrate Judge,
5  Maria Elena James, executed on November 13, 2007.
6      I declare under penalty of perjury that the foregoing is true and correct and that this
7  declaration was executed on February 14, 2008, at Walnut Creek, California.

                                                         F. Anthony Edwards, Esq.
                                                         Attorney for Defendants

DECL FAE                                                  2

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON DE EDWARDS,

    Plaintiff(s),

vs.

IRS, et al.,

    Defendant(s).

NO: C-07-3102 WHA (MEJ)
NOTICE AND ORDER SCHEDULING SETTLEMENT CONFERENCE

    PLEASE TAKE NOTICE that this case has been scheduled for a Settlement Conference before Magistrate Judge Maria-Elena James. The Settlement Conference shall take place on **March 4, 2008, at 10:00 a.m**. in Judge James' <u>chambers</u>, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102. **The parties shall immediately notify the Court if this matter settles or is dismissed before the settlement conference date.** On the date of the settlement conference, counsel and parties shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival.

    Settlement Conference statements shall be submitted in accordance with Magistrate Judge James' <u>STANDING ORDER RE: SETTLEMENT CONFERENCE PROCEDURES</u>, a copy of which may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Judges" tab on the left margin, then choose Magistrate Judge James.

    When filing papers that require the Court to take any action (e.g. motions, calendaring issues, administrative requests or a request to be excused from attendance), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by the close of the next court day following the day the papers are filed electronically. These printed copies shall be marked

1 "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name, case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically. **Any proposed orders must also be emailed to: mejpo@cand.uscourts.gov**

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

IT IS SO ORDERED.

Dated: November 13, 2007



MARIA-ELENA JAMES
United States Magistrate Judge

2