JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C-07-06447-MCC |
| Plaintiff, | |
| v. | |
| F. ANTHONY EDWARDS a/k/a FERNANDO EDWARDS, and SHARON DE EDWARDS, individually and SHARON DE EDWARDS, M.D. FACOG, a sole proprietorship, | **NOTICE OF AND MOTION TO AMEND COMPLAINT**<br><br>Date: Friday, April 11, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 7, 19th Floor |
| Defendants. | |

**NOTICE OF MOTION AND MOTION TO
AMEND COMPLAINT**

    **PLEASE TAKE NOTICE** that on Friday, April 11, 2008, at 9:00 a.m., in the Courtroom of the Honorable Maxine Chesney, Courtroom # 7, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, the United States of America, for itself and on behalf of its agency, the Internal Revenue Service (the IRS), hereinafter the United States, will and hereby does move to amend its Complaint, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, to include an action to foreclose its federal tax liens. This motion is based on this notice, the ensuing memorandum, the pleadings already on file in this action, the proposed Amended Complaint

filed contemporaneously herewith, and such other arguments or evidence as may be presented to the Court at the hearing. A proposed Order is submitted in accordance with Civil Local Rule 7-2(c).

## **MEMORANDUM OF POINTS AND AUTHORITIES**

## **STATEMENT OF FACTS**

Plaintiff previously filed an action against the Internal Revenue Service and the United States seeking to enjoin the Internal Revenue Service from collection. Plaintiff alleged that the IRS was collecting through levy more than she owed in taxes. The Court dismissed the action for lack of subject matter jurisdiction. <u>Sharon de Edwards, M.D. v. Internal Revenue Service</u>, Case No. 04-5025-PJH (N.D. Cal.) (Docket # 31).

Plaintiff next filed an action against the government raising the same allegations as those in the prior lawsuit - that IRS was collecting more money than was owed. <u>Sharon De Edwards, et al, v. Internal Revenue Service</u>, Case No. 06-07116-WHA (N.D.Cal.). The Court dismissed the case, without prejudice to refiling, upon stipulation of the parties. See Order Dismissing Case in Case No. 06-07116-WHA. Plaintiff filed another action on June 13, 2007. <u>Sharon De Edwards, M.D. v. Internal Revenue Service</u>, Case No. 07-3102-WHA (N.D. Calif.). In that action, Plaintiff raised the same allegations as those in the prior lawsuits - that IRS was collecting more money than was owed - and sought to enjoin the Internal Revenue Service. After a hearing on the Motion for a Preliminary Injunction, the Court entered an Order on November 13, 2007, denying injunctive relief. <u>Sharon De Edwards, M.D. v. Internal Revenue Service</u>, Case No. 07-3102-WHA (N.D. Calif.) (Docket # 27.). That action is currently pending.

On December 21, 2007, the United States filed this action to reduce to judgment outstanding federal taxes owed by Defendants Sharon De Edwards, her sole proprietorship, and F. Anthony Edwards. At the time that suit was filed, the IRS had not authorized the filing of a foreclosure action, a necessary jurisdictional prerequisite to filing suit. See 26 U.S.C. §7403. By letter dated February 22, 2008, the IRS authorized the filing of this foreclosure action. Accordingly, the United States seeks leave to amend its Complaint to foreclose its federal tax liens in this action.

1  This action is related to the pending action <u>Sharon De Edwards, M.D. v. Internal Revenue Service</u>, Case No. 07-3102-WHA (N.D. Calif.).  Defendant filed a Notice of Related Case in this action notifying the Court of the relation of this case to <u>Sharon De Edwards, M.D. v. Internal Revenue Service</u>, Case No. 07-3102-WHA (N.D. Calif.).  There has been no ruling thereon.

## **DISCUSSION**

The United States seeks leave to amend its Complaint in order to seek to reduce tax assessments to judgment and to foreclose its federal tax liens relating to the tax assessments upon property in which the Defendant taxpayers have an interest.  Such amendment would save governmental and judicial resources by having all causes adjudicated in one proceeding.

Leave to amend a pleading is freely given when justice so requires.  F.R.C.P. 15(a).  The circumstances in this case merit the granting of the United States' Motion to Amend.  The basis for this request is recent authorization by the Internal Revenue Service to file a foreclosure action, a jurisdictional prerequisite.  26 U.S.C. §7403.  This request is not submitted in bad faith, was not unduly delayed, does not prejudice the opposing party, and is not futile.  See <u>Adamson v. Lockheed Martin Idaho Technologies, Co.</u>, 20 Fed. Appx. 715 at 718 (9th Cir. 2001) (articulating factors to deny leave to amend.)

## **CONCLUSION**

For the foregoing reasons, the United States respectfully requests that the Court grant this motion and allow the United States to file an Amended Complaint.  A proposed Order is submitted herewith.

Respectfully submitted,

JOSEPH RUSSONIELLO
United States Attorney

Dated: <u>March 7, 2007</u>       By:   /s/ *Cynthia Stier*
CYNTHIA STIER
Assistant U.S. Attorney

Attorneys for the United States