1   JOSEPH RUSSONIELLO  (CSBN 44332)
    United States Attorney
2   THOMAS MOORE  (ASBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
    CYNTHIA STIER (DCBN 423256)
4   Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone:  (415) 436-7017

7   Attorneys for United States of America

8                   UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA,        )
                                     )   Case No.  C-07-06447-MCC
12          Plaintiff,               )
                                     )
13                                   )
        v.                           )
14                                   )
    F. ANTHONY EDWARDS a/k/a         )   UNITED STATES' ANSWER TO
15  FERNANDO EDWARDS, and SHARON     )   CROSS-CLAIM
    DE EDWARDS, individually and     )
16  SHARON DE EDWARDS, M.D.          )
    FACOG, a sole proprietorship,    )
17                                   )
            Defendants.              )
18  _____)
                                     )
19  F. ANTHONY EDWARDS a/k/a         )
    FERNANDO EDWARDS, and SHARON     )
20  DE EDWARDS, individually and     )
    SHARON DE EDWARDS, M.D.          )
21  FACOG, a sole proprietorship,    )
                                     )
22          Cross-Complainants,      )
                                     )
23      v.                           )
                                     )
24                                   )
    UNITED STATES OF AMERICA,        )
25                                   )
            Cross-Defendant.         )
26  _____)

27

28          COMES NOW the United States of America, by and through its undersigned counsel, and

    answers the Plaintiff's Cross-Complaint as follows:

1.      Denies.

2.      The United States is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations set forth in paragraph 2 of the Cross-Complaint and they are, therefore, denied.

3.      The United States is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Cross- Complaint and they are, therefore, denied.

4.      The United States is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Cross- Complaint and they are, therefore, denied.

5.      Denied.

6.      Denied.

7.      The United States is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Cross- Complaint and they are, therefore, denied.

8.      Denied.

9.      The United States is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Cross- Complaint and they are, therefore, denied.

10.     The United States is currently without the information or knowledge sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Cross- Complaint and they are, therefore, denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Cross-Complaint fails to state any claims upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

To the extent that the Cross-Complaint seeks injunctive relief, it is barred by the doctrine of collateral estoppel, res judicata and/ or the law of the case.

1

## THIRD AFFIRMATIVE DEFENSE

2      To the extent that the Cross-Complaint seeks to prevent or prohibit the collection of

3 taxes, it is barred by the Anti-Injunction Act.

4      WHEREFORE, having fully responded to the Cross-Claim, the United States prays as

5 follows:

6    A.  That this Court deny the relief requested in the Cross-Claim and dismiss the Cross-Claim

7 or alternatively, grant judgment in favor of the United States.

8    B.  That the United States be granted its costs in this action, and for such other and further

9 relief as the Court deems just and proper.

10

11    DATED this _____ day of March, 2008.

12                              JOSEPH RUSSONIELLO
United States Attorney

13

14 Dated: March 7, 2008              /s/ Cynthia Stier

15                              CYNTHIA STIER
Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28