

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**F. ANTHONY EDWARDS a/k/a FERNANDO EDWARDS, and SHARON DE EDWARDS, individually and SHARON DE EDWARDS, M.D. FACOG, a sole proprietorship,**

**Defendants.**

**Case No. C-07-06447-MCC**

**[PROPOSED] ORDER GRANTING MOTION TO AMEND COMPLAINT**

This matter came before the Court on the United States' Notice of Motion and Motion to Amend Complaint.

The Court having reviewed the pleadings, the arguments of the parties, and good cause appearing therefor,

**THE COURT HEREBY FINDS** that it is in the best interests of justice and judicial economy to allow the United States to amend its Complaint. Accordingly,

**IT IS HEREBY ORDERED**

1. That the United States' Motion to Amend Complaint is granted;

2. The United States' proposed Amended Complaint, lodged contemporaneous with the United States' Motion to Amend Complaint, shall be deemed filed as of the date that this Order is filed.

Dated ___________________________

___________________________________
HONORABLE MAXINE CHESNEY
United States District Judge