1  JOSEPH RUSSONIELLO  (CSBN 44332)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone:  (415) 436-7017

7  Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>F. ANTHONY EDWARDS a/k/a FERNANDO EDWARDS, and SHARON DE EDWARDS, individually and SHARON DE EDWARDS, M.D. FACOG, a sole proprietorship,<br><br>  Defendants.<br>_____<br>F. ANTHONY EDWARDS a/k/a FERNANDO EDWARDS, and SHARON DE EDWARDS, individually and SHARON DE EDWARDS, M.D. FACOG, a sole proprietorship,<br><br>  Cross-Complainants,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Cross-Defendant.<br>_____ | Case No.  C-07-06447-MCC<br><br>**NOTICE OF BANKRUPTCY<br>AUTOMATIC STAY** |

   The United States of America notifies the Court that Defendant F. Anthony Edwards and Sharon De Edwards filed a voluntary bankruptcy petition with the United States Bankruptcy

Court for the Northern District of California on March 7, 2008. The matter was assigned case number 08-41073.

Accordingly, this matter is stayed pursuant to 11 U.S.C. §362.

Respectfully submitted,

JOSEPH RUSSONIELLO
United States Attorney

Date: March 7, 2008              /s/ Cynthia Stier
                                 CYNTHIA STIER
                                 Assistant United States Attorney
                                 Tax Division

**US v. F. Anthony Edwards, et ux.,**
**Notice of Bankruptcy Automatic Stay,**
**Case No. 07-06447**                    2