1
2
3
4
5
6
7
8            UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10              SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. C-07-06447-MCC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| F. ANTHONY EDWARDS a/k/a ) | **[PROPOSED] ORDER TO STAY** |
| FERNANDO EDWARDS, and SHARON ) | **ACTION** |
| DE EDWARDS, individually and ) | |
| SHARON DE EDWARDS, M.D. ) | |
| FACOG, a sole proprietorship, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |
| ) | |
| F. ANTHONY EDWARDS a/k/a ) | |
| FERNANDO EDWARDS, and SHARON ) | |
| DE EDWARDS, individually and ) | |
| SHARON DE EDWARDS, M.D. ) | |
| FACOG, a sole proprietorship, ) | |
| ) | |
| Cross-Complainants, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Cross-Defendant. ) | |
| _____ ) | |

   By Notice filed on March 7, 2008, the United States notified this Court that Defendants F. Anthony Edwards and Sharon De Edwards filed a voluntary petition for relief under the United

1  States Bankruptcy Code with the United States Bankruptcy Court for the Northern District of
2  California on March 7, 2008.  The matter was assigned case number 08-41073.
3      The Court having reviewed the pleadings, and good cause appearing therefor,
4      **IT IS HEREBY ORDERED** that this action is stayed pursuant to Section 362(a)(4) of
5  the United States Bankruptcy Code (11 U.S.C.) as this action seeks to enforce federal tax liens
6  against real property of the bankruptcy estate of the Defendants, F. Anthony Edwards and
7  Sharon De Edwards.

9  Dated _____                    _____
                                                    MAXINE C. CHESNEY
10                                                  UNITED STATES DISTRICT JUDGE