IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 07-6447 MMC |
| Plaintiff, | **ORDER REOPENING CASE; GRANTING MOTION TO AMEND COMPLAINT; VACATING HEARING; DIRECTIONS TO PLAINTIFF** |
| v. | |
| F. ANTHONY EDWARDS a/k/a FERNANDO EDWARDS, et al., | |
| Defendants.                                / | |

Before the Court are plaintiff's Motion to Amend Complaint, filed July 6, 2010, and Request for Status Conference, filed June 18, 2010. Defendants have not filed opposition. Having read and considered the papers filed in support of the motion and request, the Court finds the matters appropriate for decision on plaintiff's submissions, VACATES the hearing noticed for August 20, 2010, and rules as follows.

1. In light of plaintiff's showing that the bankruptcy court granted a discharge to defendants F. Anthony Edwards and Sharon De Edwards, and that said discharge released the automatic stay previously issued pursuant to 11 U.S.C. § 362(c)(2)(B), the above-titled action is hereby REOPENED.

2. Good cause appearing, the motion to amend the complaint is hereby GRANTED. Plaintiff is hereby DIRECTED to file its proposed Amended Complaint no later than August 18, 2010.

3. A Status Conference is hereby SCHEDULED for September 17, 2010, at 10:30 a.m.  The parties shall file a Joint Status Conference Statement no later than September 10, 2010.

**IT IS SO ORDERED.**

Dated: August 11, 2010

MAXINE M. CHESNEY
United States District Judge

2