MELINDA HAAG  (CSBN 132612)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone:  (415) 436-7000

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                       )<br>         Plaintiff,                   )<br>                                       )<br>                                       )<br>    v.                                )<br>                                       )<br> F. ANTHONY EDWARDS and SHARON )<br> de EDWARDS, individually and         )<br> SHARON de EDWARDS, M.D. FACOG, )<br>                                       )<br>         Defendant.                   ) | Case No.  C-07-06447-MCC<br><br><br><br><br>STIPULATION OF DISMISSAL AND <s>[PROPOSED]</s> ORDER |

1.	The United States filed this action seeking to reduce to judgment certain federal tax assessments made against Defendants F. Anthony Edwards and his wife, Sharon de Edwards, individually and Sharon de Edwards, M.D. FACOG, sole proprietorship.  Count II of Amended Complaint (Reduce Assessments to Judgment)

2.	By its Amended Complaint, the United States sought to foreclose its federal tax liens upon real property owned by Defendants F. Anthony Edwards and Sharon de Edwards.  Count III of Amended Complaint (Foreclose Federal Tax Liens).

3.	Plaintiff, United States of America, pursuant to Section 7403(b) of the Internal Revenue Code (26 U.S.C.), named Defendants Contra Costa County Tax Collector, California Service Bureau, Inc., Atkinson-Baker, Inc, Mullin Law Firm, Sternberg & Coad-Hermelin, LLP, Just Water Heaters, Countrywide Home Loans, California State Franchise Tax Board, Barry R.

Thompson, Sun-Brite Professional Service, Inc., Javier Sanchez and Community Fund LLC, as parties to this action because they had an interest in the real property upon which the United States sought to foreclose its tax liens. Those Defendants claims relate only to Count III of the Amended Complaint dealing with the foreclosure of the tax liens.

4. Subsequently, the real property was sold by Countrywide through a foreclosure sale and the United States of America has now received payment for its priority tax liens that attached to the real property. Consequently, the foreclosure of federal tax liens is moot and Count III of the Amended Complaint, seeking to foreclose the federal tax liens, should be dismissed.

5. The United States of America and Defendants, Contra Costa County Tax Collector, Just Water Heaters, Inc., F. Anthony Edwards and Sharon de Edwards, who filed Answers herein, hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) and subject to this Court's approval, to the dismissal of Count III of the Amended Complaint.

6. Defendants California Service Bureau, Inc., Atkinson-Baker, Inc, Mullin Law Firm, Sternberg & Coad-Hermelin, LLP, Countrywide Home Loans, California State Franchise Tax Board, Barry R. Thompson, Sun-Brite Professional Service, Inc., Javier Sanchez and Community Fund LLC, have not served an answer or motion for summary judgment. These parties were solely named as parties to this action because they may claim an interest in the real property that is the subject of the foreclosure count (Count III) and have no interest in the remaining action to reduce tax assessments to judgment (Count II).

7. The sole remaining parties are Plaintiff, United States of America, and Defendants, F. Anthony Edwards, Sharon de Edwards, individually and Sharon de Edwards, M.D. FACOG, sole proprietorship (Count II - Reduce Tax Assessments to Judgment).

WHEREFORE, Plaintiff, United States of America, and Defendants, Contra Costa County Tax Collector, Just Water Heaters, Inc., F. Anthony Edwards and Sharon de Edwards, hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) and subject to the Court's approval, that Count III of the Amended Complaint, seeking the foreclosure of tax liens, is dismissed.

///

Stip Of Dismissal & [proposed]
Order (No.C-07-06447-MMC)

IT IS SO STIPULATED:

                    Respectfully submitted,

Dated: 9/17/2010                */s/ Cynthia Stier*
CYNTHIA STIER
Assistant U.S. Attorney
Attorneys for the United States of America

Dated: 9/17/2010                */s/ Rebecca Hooley*
REBECCA HOOLEY
Contra Costa County Tax Collector's Office

Dated: 9/20/2010                */s/ Michael Skelly*
MICHAEL A. SKELLY
Attorney for Just Water Heaters, Inc.

Dated: 9/20/2010                */s/ Anthony Edwards*
ANTHONY EDWARDS
Pro Se

Dated: 9/20/2010                */s/ Sharon de Edwards*
SHARON de EDWARDS
Pro Se

## ORDER

Pursuant to the stipulation of Plaintiff, United States of America, and Defendants, Contra Costa County Tax Collector, Just Waters Heaters, Inc., F. Anthony Edwards and Sharon de Edwards, and pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, Count III of the Amended Complaint, seeking foreclosure of the federal tax liens, is hereby dismissed, and Defendants Contra Costa County Tax Collector, California Service Bureau, Inc., Atkinson-Baker, Inc, Mullin Law Firm, Sternberg & Coad-Hermelin, LLP, Just Water Heaters, Inc., Countrywide Home Loans, California State Franchise Tax Board, Barry R. Thompson, Sun-Brite Professional Service, Inc., Javier Sanchez and Community Fund LLC, are dismissed as parties to this action.

**ORDERED** this  22  day of  September , 2010, at San Francisco, California.

THE HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE

Stip Of Dismissal & [proposed]
Order (No.C-07-06447-MMC)        3