1  MELINDA HAAG  (CSBN 132612)
   United States Attorney
2  THOMAS MOORE  (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
    9th Floor Federal Building
5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone:  (415) 436-7000

7  Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  C-07-06447-MCC |
| Plaintiff, | APPLICATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| v. | |
| SHARON de EDWARDS, individually and SHARON de EDWARDS, M.D. FACOG, | Date: March 11, 2011 Time: 10:30 a.m. |
| Defendant. | |

The United States respectfully requests that this Court reschedule the case management conference, currently scheduled for February 18 [~~11~~], 2011, at 10:30 a.m., to March 11, 2011, at 10:30 a.m.  Counsel for the United States has a conflict.  Defendants, Anthony Edwards and Sharon de Edwards, have no objection to this request.

                                                        Respectfully submitted,

                                                        MELINDA HAAG
                                                        United States Attorney

Date: February 11, 2011                   /s/ Cynthia Stier
                                                         CYNTHIA STIER
                                                         Assistant United States Attorney
                                                         Tax Division

**ORDER**

Based upon the above Application, and for good cause appearing, the COURT HEREBY ORDERS that the case management conference, currently scheduled for February 11 [18], 2011, at 10:30 a.m., is rescheduled to March 11, 2011, at 10:30 a.m.

SO ORDERED.

DATED:   February 15, 2011

_____
HONORABLE MAXINE CHESNEY
United States District Judge

US Application to Reschedule
Case Management Conference
Case No. **C-07-06447-MCC**                2