1  Fernando Anthony Edwards, and
2  Sharon Y. de Edwards
   3432 Hillcrest Avenue
3  Suite 125
   Antioch, CA 94531
4  Telephone: 925-788-4850
   Facsimile:  925-281-0265

5

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>F. ANTHONY EDWARDS a/k/a FERNANDO EDWARDS, and SHARON DE EDWARDS, individually and SHARON DE EDWARDS, M.D. FACOG, a sole proprietorship,<br><br>    Defendants. | Case No. C-07-06447-MMC<br><br>ORDER RE:<br>RE-NOTICE OF HEARING DATE FOR CASE MANAGEMENT CONFERENCE<br><br>Date:   March 11, 2010<br>Time: 10:30 a.m.<br>Place: Courtroom 7, 19th Floor |

The Court entered its Order scheduling a Case Management Conference for March 11, 2010. Defendant, F. Anthony Edwards now has a conflict in his schedule due to a work-conference that had been previously set and paid for, which he must attend. Defendants request that the matter be re-scheduled for March 25, 2010. Plaintiff does not object to the rescheduling of this matter as requested.

Dated: 3/7/11                S/ *F. Anthony Edwards*
                             F. Anthony Edwards, In Pro Se

Dated: 3/7/11                S/ *Sharon de Edwards*
                             Sharon de Edwards, In Pro Se

Dated: 3/7/11                S/ *Cynthia Stier*
                             CYNTHIA STIER
                             Assistant U.S. Attorney
                             Attorneys for the United States of America

**ORDER**

Pursuant to the stipulation of Plaintiff, United States of America, and Defendants, F. Anthony Edwards and Sharon de Edwards, the Case Management Conference scheduled for March 11, 2010, is hereby re-scheduled to March 25, 2010.

ORDERED this __8__ day of March, 2010, at San Francisco, California.

THE HONORABLE MAXINE CHESNEY
UNITED STATES DISTRICT JUDGE