MELINDA HAAG  (CSBN 132612)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7000

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>F. ANTHONY EDWARDS a/k/a FERNANDO EDWARDS, and SHARON DE EDWARDS, individually and SHARON DE EDWARDS, M.D. FACOG, a sole proprietorship,<br><br>Defendants. | Case No.  C-07-06447-MCC<br><br><br> ORDER RE:<br>STIPULATION TO RESCHEDULE <u>SETTLEMENT CONFERENCE</u> ;<br>CONTINUING CASE MANAGEMENT CONFERENCE |

The United States of America, Plaintiff herein, and Defendants, F. Anthony Edwards and Sharon De Edwards, hereby stipulate and agree, subject to this Court's approval, as follows:

1.  At the case management conference held on March 25, 2011, the Honorable Maxine Chesney referred this case to a settlement conference before Magistrate Judge Joseph Spero to be conducted during the month of May, his calendar permitting.

2. The settlement conference is currently scheduled for June 6, 2011, at 11:00 a.m.  The parties request that this Court allow the parties to reschedule the settlement conference to August 29, 2011, at 9:30 a.m., the next available date before Magistrate Judge Spero.

//

3. This request is being made to allow counsel for the United States to prepare for an upcoming criminal tax trial. The undersigned counsel for the government is very familiar with this case.

                          Respectfully submitted,

                          MELINDA HAAG
                          United States Attorney

Dated: June 1, 2011 :             /s/
                          CYNTHIA STIER
                          Assistant U.S. Attorney
                            Attorneys for the United States of America

DATED: June 1, 2011            /s/
                          F. ANTHONY EDWARDS
                          2121 N. California Blvd.
                          Suite 290
                          Walnut Creek, CA 94596

SO ORDERED; it is further ORDERED that the Case Management Conference scheduled for August 12, 2011 is hereby CONTINUED to September 30, 2011, with a joint Case Management Conference statement due no later than September 23, 2011.

Dated: June 2, 2011                          
                          THE HONORABLE MAXINE CHESNEY
                          UNITED STATES DISTRICT JUDGE JOSEPH

US v. F. Anthony Edwards,
et ux., Stip. to Reschedule Settlement
Conference, Case No. C-07-06447-MCC      2

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**STIPULATION TO RESCHEDULE SETTLEMENT CONFERENCE**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

| F. Anthony Edwards<br>In Pro Se<br>2121 N. California Blvd., Suite 290<br>Walnut Creek, CA 94596 | Sharon de Edwards<br>In Pro Se<br>2121 N. California Blvd., Suite 290<br>Walnut Creek, CA 94596 |
|---|---|

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on   **June 1, 2011**          at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　**KATHY TAT**
　　　　　　　　　　　　　　　　　　**Legal Assistant**