```
MELINDA HAAG  (CSBN 132612)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7000
```

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                       )<br>         Plaintiff,                              )<br>                                                       )<br>     v.                                             )<br>                                                       )<br>F. ANTHONY EDWARDS a/k/a       )<br>FERNANDO EDWARDS, and SHARON )<br>DE EDWARDS, individually and     )<br>SHARON DE EDWARDS, M.D.       )<br>FACOG, a sole proprietorship,      )<br>                                                       )<br>         Defendants.                         )<br>_____) | Case No.  C-07-06447-MCC<br><br><br><br><br>STIPULATION TO RESCHEDULE<br>SETTLEMENT CONFERENCE AND<br>[~~PROPOSED~~] ORDER |

  The United States of America, Plaintiff herein, and Defendants, F. Anthony Edwards and Sharon De Edwards, hereby stipulate and agree, subject to this Court's approval, as follows:

  1.  That the Settlement Conference, currently scheduled for June 6, 2011, at 11:00 a.m. be rescheduled to **August 29, 2011, at 9:30 a.m.**, and the parties' confidential settlement conference statements are due to be lodged by August 15, 2011.

```
                              Respectfully submitted,

                              MELINDA HAAG
                              United States Attorney

Dated: June 3, 2011 :         /s/ Cynthia Stier
                              CYNTHIA STIER
                              Assistant U.S. Attorney
                                Attorneys for the United States of America
```

1
2  DATED: June 3, 2011            /s/
                                  F. ANTHONY EDWARDS
3                                 2121 N. California Blvd.
                                  Suite 290
4                                 Walnut Creek, CA 94596
5
6      SO ORDERED:
7
   Dated: June 6, 2011             /s/ Joseph C. Spero
8                                  JOSEPH C. SPERO
                                   United States Magistrate Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

US v. F. Anthony Edwards, et ux.
Stip. to Reschedule Settlement
Conference, Case No.  C-07-06447-MCC            2