MELINDA HAAG (CSBN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C-07-06447-~~MCC~~ MMC |
| Plaintiff, | |
| v. | |
| F. ANTHONY EDWARDS a/k/a FERNANDO EDWARDS, and SHARON DE EDWARDS, individually and SHARON DE EDWARDS, M.D. FACOG, a sole proprietorship, | [~~PROPOSED~~] JUDGMENT |
| Defendants. | |

IT IS HEREBY ORDERED, ADJUDGED and DECREED, pursuant to the Stipulation entered by the Plaintiff, United States of America, and Defendants, F. Anthony Edwards and Sharon de Edwards, that Judgment be entered as follows:

1. That judgment is entered in favor of the United States of America, and against Defendants, F. Anthony Edwards and Sharon de Edwards, for their delinquent federal joint income tax liabilities for tax years 1993, 1994, 1995, 2000, 2004, 2005, 2006, 2007, 2009 and 2010, in the amount of $328,670.90, as of August 29, 2011, plus interest accruing after August 29, 2011, pursuant to 26 U.S.C. §6621, until fully paid.

2. That judgment is entered in favor of the United States of America, and against Defendant, Sharon de Edwards, in the total amount of $231,329.10, as of August 29, 2011, plus interest accruing after August 29, 2011, pursuant to 26 U.S.C. §6621, until fully paid for the following tax liabilities:

| Tax Period | Type of Tax | Incurred by |
|---|---|---|
| 09/30/1993 | 941 | Sole proprietorship (EIN xx-xxx4682) |
| 12/31/1993 | 941 | Sole proprietorship (EIN xx-xxx4682) |
| 03/31/1994 | 941 | Sole proprietorship (EIN xx-xxx4682) |
| 06/30/1994 | 941 | Sole proprietorship (EIN xx-xxx4682) |
| 09/30/1994 | 941 | Sole proprietorship (EIN xx-xxx4682) |
| 12/31/1994 | 941 | Sole proprietorship (EIN xx-xxx4682) |
| 1993 | 940 | Sole proprietorship (EIN xx-xxx4682) |
| 1994 | 940 | Sole proprietorship (EIN xx-xxx4682) |
| | | |
| 09/30/1997 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 12/31/1997 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 03/31/1998 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 06/30/1998 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 09/30/1998 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 12/31/2005 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 03/31/2006 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 06/30/2006 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 09/30/2006 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 12/31/2006 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 06/30/2007 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 09/30/2007 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 12/31/2007 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 03/31/2008 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 06/30/2008 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 09/30/2008 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 12/31/2008 | 941 | M.D., Inc. (EIN xx-xxx7910) |
| 03/31/2009 | 941 | M.D., Inc. (EIN xx-xxx7910) |

| Tax Period | Type of Tax | Incurred by |
|---|---|---|
| 2008 | 940 | M.D., Inc. (EIN xx-xxx7910) |
| 2006 | 1120 income tax | M.D., Inc. (EIN xx-xxx7910) |
| 2007 | 1120 income tax | M.D., Inc. (EIN xx-xxx7910) |
| 2003 | civil penalty | M.D., Inc. (EIN xx-xxx7910) |

3. That Defendants, F. Anthony Edwards and Sharon de Edwards, have waived all rights that they would have to claim relief under the innocent spouse provisions of the Internal Revenue Code pursuant to 26 U.S.C. §6015.

4. That the Second Amended Complaint is deemed amended to include the liabilities set forth in ~~this~~ the Stipulation and the Judgment in this action, as ~~is~~ if set forth in the original Second Amended Complaint.

5. That this action be dismissed with prejudice, the parties to bear their own costs of litigation, including any attorney's fees. The Court retains jurisdiction solely to enforce the terms of the settlement.

IT IS SO ORDERED:

Date: September 16, 2011

_____
~~MAXINE C. CHESNEY~~
United States District Judge
MAXINE M. CHESNEY

*US v. Edwards, et. ux.,* [~~proposed~~] Jmt,
Case No. 07-06447-~~MCC~~
      MMC