MELINDA HAAG (CSBN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C-07-06447-MMC |
| Plaintiff, | APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER |
| v. | |
| F. ANTHONY EDWARDS, et ux., | Date: September 30, 2011 |
| Defendants. | Time: 10:30 a.m. |

The United States respectfully requests that this Court vacate the case management conference, currently scheduled for September 30, 2011, at 10:30 a.m. Pursuant to a settlement conference, a judgment was entered by this Court which disposes of all issues in this case. Accordingly, the case management conference should be vacated. Defendants Sharon de Edwards and F. Anthony Edwards have no objection to this request.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Date: September 26, 2011        /s/ Cynthia Stier
                                CYNTHIA STIER
                                Assistant United States Attorney
                                Tax Division

## ORDER

Based upon the above Application, and for good cause appearing, the COURT HEREBY ORDERS that the case management conference scheduled for September 30, 2011, is VACATED.

SO ORDERED.

DATED: September 27, 2011

*[signature]*
HONORABLE MAXINE CHESNEY
United States District Judge

US Application to Vacate
Case Management Conference
Case No. C-07-06447-MMC